FRANK E. MAYO/State Bar #42972
Law Office of Frank E. Mayo
480 San Antonio Rd., Ste. 230
Mountain View, CA 94040

Telephone: (650) 964-8901

Attorney for Plaintiff
John Allieu

ENDORSED
FILED

2007 SEP -4  P 2: 24

KIRI TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF SANTA CLARA, CALIFORNIA
BY_____ DEPUTY CLERK  C. Fujihara

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CLARA COUNTY

JOHN ALLIEU,

    Plaintiff,

ECHOSTAR dba DISH NETWORK
A Colorado Corporation, and
DOES 1 through 50, inclusive,

    Defendants.

CASE NO. 107CV-093694

COMPLAINT FOR DAMAGES,
EMPLOYMENT DISCRIMINATION
TERMINATION FOR REASONS
VIOLATIVE OF PUBLIC POLICY
AND THE ASSESSMENT
OF EXEMPLARY DAMAGES

Plaintiff makes complaint against Defendants and each of them and for a cause of action alleges as follows:

1. Plaintiff is now and was at all times herein mentioned a resident of the County of Santa Clara, State of California.

2. Defendant ECHOSTAR CORPORATION Corporation. is now and was at all time herein mentioned a corporation organized and existing under and by virtue of the laws of the State of Colorado and at all times herein mentioned was transacting business in the Sate of California under

-1-

COMPLAINT

1  the fictitious firm name and style of DISH NETWORK.

2      3.     Plaintiff is informed and believes and on such information alleges that DOES 1-50, inclusive, are sued under fictitious names. The true names and capacities of these Defendants are unknown to Plaintiff. When the true names and capacities are ascertained, Plaintiff will amend this complaint by inserting the true names and capacities of these defendants. Plaintiff is informed and believes that each of the fictitiously named Defendants designated herein is responsible in some manner for the acts and events hereinafter alleged and is liable to each Plaintiff as herein after alleged.

    4.     At all times herein mentioned Ted Robinson was the managerial, agent and employee of Defendant Echo Star and in doing the things and committing the acts herein after alleged was acting within the course and scope of his managerial employment.

    5.     On or about August 18, 2002 in the County of Santa Clara, State of California, Plaintiff and Defendant entered into an oral employment agreement whereby Defendant Echo Star Corporation agreed to employ Plaintiff as a Field Service Technicians and to pay him reasonable compensation for services she would render at Defendant's facility in Santa Clara County and in consideration for this Plaintiff agreed to work no less than 40 hours per week for the compensation he was to be paid.

    6.     Plaintiff continuously worked for Defendant from August 18, 2002 to and including July 20, 2007 at which time Defendant by and through its managerial employees terminated Plaintiff's employment.

    7.     The termination of Plaintiff's employment on July 20, 2007 was in violation of the public policy of the State of California and in violation of the provision of California Labor Code Section 132a, in that the termination of Plaintiff's employment was in retaliation and constituted

-2-

COMPLAINT

discrimination for Plaintiff's having asserted his rights under the Worker Compensation laws of the Sate of California.

8. More particularly, Plaintiff suffered an industrial injury on May 5, 2007 when he fell from a ladder while in the course and scope of his employment. Plaintiff did thereafter assert his rights under the Workers Compensation Laws of the Sate of California.

9. In response to Plaintiff's report of work injury and assertion of his rights under California's Workers Compensation Law Defendant discriminated and retaliated against Plaintiff because of his assertion of his rights by terminating Plaintiff on July 20, 2007.

10. The termination of Plaintiff's employment caused and will continue to cause Plaintiff loss of wages, salary, earnings and other economic benefits of his employment until Plaintiff obtains another position of comparable pay.

11. As a further proximate result of Defendant's discriminatory conduct as hereinabove described Plaintiff has been harmed in that she has suffered intangible loss of related employment benefits in an amount not yet ascertained.

12. As a further proximate result of the acts of Defendant as hereinabove described Plaintiff has suffered severe humiliation, anguish, emotional distress all to his general damage in a sum not yet ascertained.

13. The above-described acts of Defendant in terminating Plaintiff's employment were willful, malicious, oppressive and in conscious disregard of his rights warranting the assessment of exemplary damages in a sum according to proof.

WHEREFORE, Plaintiff prays judgment against Defendants and each of them: for Plaintiff's damages according to proof and assessment of exemplary damages in a sum according to proof and on all causes of action for such other and further relief as this court may deem

-3-

COMPLAINT
COMPLAINT

1  just and proper.
2  Dated: August 30, 2007
3
                                    _____
                                    Frank E. Mayo, Attorney for
                                    Plaintiff John Allieu

-4-

COMPLAINT

# SUMMONS
## (CITACION JUDICIAL)

SUM-100

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**
ECHOSTAR dba DISH NETWORK, a Colorado Corporation and DOES 1 through 50, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTA DEMANDANDO EL DEMANDANTE):**
JOHN ALLIEU

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED FILED

2007 SEP -4 P 2: 24

KIRI TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF SANTA CLARA CALIFORNIA

BY_____ DEPUTY CLERK

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DIAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted puede usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
(El nombre y dirección de la corte es):
SUPERIOR COURT OF SANTA CLARA COUNTY
191 N. FIRST ST., SAN JOSE, CA 95113

CASE NUMBER:
107CV-093694

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
FRANK E. MAYO, ESQ.  SBN 42972
480 SAN ANTONIO RD., MOUNTAIN VIEW, CA 94040   650/964-8901

DATE: SEP -4 2007    Kiri Torre    Clerk, by _____, Deputy
(Fecha)                            (Secretario)                (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☒ as the person sued under the fictitious name of (specify): DISH Network
3. ☒ on behalf of (specify): Echostar dba DISH Network
   under: ☒ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. January 1, 2004)
Martin Dean's Essential Forms™

SUMMONS

Code of Civil Procedure §§ 412.20, 465