NEDA N. DAL CIELO, Bar No. 161982
SUZANNE R. NESTOR, Bar No. 217984
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150

Attorneys for Defendant
DISH NETWORK CALIFORNIA SERVICE CORPORATION,
A Colorado Corporation, (sued erroneously herein as
"ECHOSTAR, DBA DISH NETWORK")

FILED
2007 NOV -5 P 3: 21
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOHN ALLIEU,

    Plaintiff,

v.

ECHOSTAR dba DISH NETWORK A
Colorado Corporation, and DOES 1
through 50, inclusive,

    Defendants.

Case No. C07 05609 HRL

DEFENDANT DISH NETWORK
CALIFORNIA SERVICE
CORPORATION'S CERTIFICATE OF
INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: DISH Network California Service Corporation, Echostar Communications Corporation as the parent company of DISH Network California Service Corporation, and Plaintiff John Allieu.

Dated: November 5, 2007

    _____
    NEDA N. DAL CIELO
    LITTLER MENDELSON, A Professional Corporation
    Attorneys for Defendant DISH Network California Service
    Corporation, A Colorado Corporation, (sued erroneously herein
    as "ECHOSTAR, DBA DISH NETWORK")

Firmwide:83505137.1 049145.1005

Case Number:

CERTIFICATE OF INTERESTED ENTITIES OR PARTIES

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408 998 4150