NEDA N. DAL CIELO, Bar No. 161982
SUZANNE R. NESTOR, Bar No. 217984
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150

Attorneys for Defendant
DISH NETWORK CALIFORNIA SERVICE CORPORATION,
A Colorado Corporation, (sued erroneously herein as
"ECHOSTAR, DBA DISH NETWORK")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN ALLIEU,<br><br>  Plaintiff,<br><br> v.<br><br>ECHOSTAR dba DISH NETWORK A Colorado Corporation, and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. C 07-05609 HRL<br><br>**DEFENDANT'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: November 7, 2007

NEDA N. DAL CIELO
SUZANNE R. NESTOR
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
DISH NETWORK CALIFORNIA SERVICE CORPORATION, A Colorado Corporation, (sued erroneously herein as "ECHOSTAR, DBA DISH NETWORK")

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
Fourteenth Floor
San Jose, CA 95113.2303
408.998.4150

Firmwide:83548072.1 049145.1005

1.

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE