NEDA N. DAL CIELO, Bar No. 161982
SUZANNE R. NESTOR, Bar No. 217984
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150

Attorneys for Defendant
DISH NETWORK CALIFORNIA SERVICE CORPORATION,
A Colorado Corporation, (sued erroneously herein as
"ECHOSTAR, DBA DISH NETWORK)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN ALLIEU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ECHOSTAR dba DISH NETWORK A Colorado Corporation, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. C 07-05609 HRL<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 50 West San Fernando Street, 14th Floor, San Jose, California 95113-2303. On November 6, 2007, I served a copy of the Notice to State Court and Adverse Party of Removal of Civil Action to Federal Court, a copy of which is attached as Exhibit "1" to this certificate, by U.S. Mail, to the person at the address listed below:

Frank E. Mayo
Law Office of Frank E. Mayo
280 San Antonio Road, Suite 230
Mountain View, CA 94040

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 7, 2007, at San Jose, California.

　　　　　　　　　　　　　　　　　*Suzanne Barnes*
　　　　　　　　　　　　　　　　　Suzanne Barnes

Case No. C 07-05609 HRL                                    CERTIFICATE OF SERVICE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
Fourteenth Floor
San Jose, CA 95113.2303
408.998.4150