| | |
|---|---|
| 1 | NEDA N. DAL CIELO, Bar No. 161982 |
|  | SUZANNE R. NESTOR, Bar No. 217984 |
| 2 | LITTLER MENDELSON |
|  | A Professional Corporation |
| 3 | 50 West San Fernando Street, 14th Floor |
|  | San Jose, CA  95113.2303 |
| 4 | Telephone:    408.998.4150 |

Attorneys for Defendant
DISH NETWORK CALIFORNIA SERVICE CORPORATION,
A Colorado Corporation, (sued erroneously herein as
"ECHOSTAR, DBA DISH NETWORK)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN ALLIEU, | Case No. C 07-05609 HRL |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| ECHOSTAR dba DISH NETWORK A Colorado Corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
Fourteenth Floor
San Jose, CA  95113.2303
408.998.4150

Firmwide:83551184.1 049145.1005

**PROOF OF SERVICE**

I, Suzanne Barnes, certify and declare as follows:

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 50 West San Fernando Street, 14th Floor, San Jose, California 95113-2303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On November 6, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within documents:

1. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

2. **JUDGE HOWARD R. LLOYD'S STANDING ORDERS**

3. **FORM FOR JOINT CASE MANAGEMENT STATEMENT, WELCOME TO U.S. DISTRICT COURT & ECF REGISTRATION INFORMATION HANDOUT**

4. **U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT**

5. **DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA**

6. **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

In a sealed envelope, postage fully paid, addressed as follows:

Frank E. Mayo
Law Office of Frank E. Mayo
480 San Antonio Road, Suite 230
Mountain View, CA 94040

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 7, 2007.

                                                *Suzanne Barnes*
                                                Suzanne Barnes

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
Fourteenth Floor
San Jose, CA 95113.2303
408.998.4150

Firmwide:83551184.1 049145.1005

**PROOF OF SERVICE**