NEDA N. DAL CIELO, Bar No. 161982
SUZANNE R. NESTOR, Bar No. 217984
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA 95113.2303
Telephone:    408.998.4150

Attorneys for Defendant
DISH NETWORK CALIFORNIA SERVICE CORPORATION,
A Colorado Corporation, (sued erroneously herein as
"ECHOSTAR, DBA DISH NETWORK)

[ENDORSED]
FILED
NOV -6 07
KIRI TORRE
CHIEF EXEC. OFFICER/CLERK
SUPERIOR COURT OF CA
COUNTY OF SANTA CLARA
J. Cao Nguyen
_____DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| JOHN ALLIEU,<br><br>                    Plaintiff,<br><br>          v.<br><br>ECHOSTAR dba DISH NETWORK A Colorado Corporation, and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No. 107CV-093694<br><br>**NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF JOHN ALLIEU, AND PLAINTIFF'S COUNSEL OF RECORD, FRANK E. MAYO:

PLEASE TAKE NOTICE that DISH NETWORK CALIFORNIA SERVICE CORPORATION, A Colorado Corporation, (sued erroneously herein as "ECHOSTAR, DBA DISH NETWORK), filed on November 5, 2007, a Notice of Removal of Civil Action in the office of the Clerk of the United States District Court for the Northern District of California, Oakland Division, pursuant to 28 U.S.C. sections 1332, 1441 and 1446. A copy of said Notice of Removal of Civil Action and its accompanying exhibits are attached as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. section 1446, the filing of said Notice of Removal of action in federal court, together with the filing of a copy of said Notice to State Court and Adverse Party of Removal of Civil Action to Federal Court with the Clerk

of this state court, effects the removal of this action, and the state court may therefore proceed no further unless and until the case is remanded.

Dated: November 5, 2007

_____
NEDA N. DAL CIELO
SUZANNE R. NESTOR
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
DISH NETWORK CALIFORNIA SERVICE CORPORATION, A Colorado Corporation, (sued erroneously herein as "ECHOSTAR, DBA DISH NETWORK)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
Fourteenth Floor
San Jose, CA 95113.2303
408.998.4150

2.   Case No. 1-07-CV-093694
NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 50 West San Fernando Street, 14th Floor, San Jose, California 95113.2303. On November 6, 2007, I served the within document(s):

**NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**

☐    by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 408.288.5686. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒    by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Jose, California addressed as set forth below.

Frank E. Mayo
Law Office of Frank E. Mayo
480 San Antonio Road, Suite 230
Mountain View, CA  94040

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 6, 2007, at San Jose, California.

*Suzanne Barnes*
Suzanne Barnes

Firmwide:83519832.1 049145.1005

PROOF OF SERVICE