**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| John Allieu,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Echostar, a Colorado corporation doing business as Dish Network,<br><br>　　　　Defendant.<br>_____/ | No. C07-05609<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

　　　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

　　　　PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for February 26, 2008 at 1:30 pm. before the Honorable Judge Howard R. Lloyd has been continued to **March 3, 2008 at 10:00 a.m.**, before the Honorable Judge James Ware. Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on February 19, 2008.

　　　　If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated: November 8, 2007　　　　　　　　　　RICHARD W. WIEKING, Clerk
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/*Patty Cromwell*
　　　　　　　　　　　　　　　　　　　　　　　　　　By: Patty Cromwell
　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk for
　　　　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Howard R. Lloyd

1  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

3  Neda N. Dal Cielo     ndalcielo@littler.com, lcunningham@littler.com, sbarnes@littler.com

4  Frank Edward Mayo     fmayolaw@aol.com

**United States District Court**
For the Northern District of California