1  FRANK E. MAYO/State Bar #42972
   Law Office of Frank E. Mayo
2  480 San Antonio Rd., Suite 230
3  Mountain View, CA 94040
   (650) 964-8901
4
   Attorney for Plaintiff
5  John Allieu
6
7
8
9
10
11                     UNITED STATES DISTRICT COURT
12                     NORTHERN DISTRICT OF CALIFORNIA
13                           SAN JOSE DIVISION
14
15 JOHN ALLIEU,                    )   Case No. C07 05609 HRL
                                   )
16        Plaintiff,               )   **PLAINTIFF'S DEMAND**
                                   )   **FOR TRIAL BY JURY**
17 vs.                             )
18 ECHOSTAR, dba DISH NETWORK A    )
   Colorado Corporation, and DOES 1)
19 Through 50, inclusive,          )
                                   )
20 _____  )

21     The Plaintiff John Allieu makes demand for Trial by Jury.

22 Dated:  November 8, 2007

23
             _____/S/_____
24            Frank E. Mayo, Attorney for Plaintiff
              John Allieu
25
26
27
28

                                  1
_____
DEMAND FOR JURY TRIAL