1  NEDA N. DAL CIELO, Bar No. 161982
   SUZANNE R. NESTOR, Bar No. 217984
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street, 15th Floor
   San Jose, CA 95113.2303
4  Telephone:    408.998.4150

5  Attorneys for Defendant
   DISH NETWORK CALIFORNIA SERVICE CORPORATION,
6  A Colorado Corporation, (sued erroneously herein as
   "ECHOSTAR, DBA DISH NETWORK)

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11 | JOHN ALLIEU,                    | Case No. C 07-05609 JW

12 |          Plaintiff,             | **NOTICE OF CHANGE OF ADDRESS**

13 |    v.                           |

14 | ECHOSTAR dba DISH NETWORK A     |
   | Colorado Corporation, and DOES 1|
15 | through 50, inclusive,          |

16 |          Defendants.            |

17

18  TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

19         NOTICE IS HEREBY GIVEN that effective December 17, 2007, the new address (floor

20  change only) of Defendant DISH NETWORK CALIFORNIA SERVICE CORPORATION'S

21  attorneys of record, Neda N. Dal Cielo and Suzanne R. Nestor of Littler Mendelson, is as follows:

22             Neda N. Dal Cielo, Esq.
               Suzanne R. Nestor, Esq.
23             Littler Mendelson
               50 West San Fernando Street, 15th Floor
24             San Jose, CA 95113-2431
               Tel: (408) 998-4150
25             Fax: (408) 228-5686

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
Fourteenth Floor
San Jose, CA 95113.2303
408.998.4150

Case No. C 07-05609 JW                    1.                 **NOTICE OF CHANGE OF ADDRESS**

Firmwide:83994454.1 049145.1005

1    Dated:  January 7, 2008

2                                          _____/s/_____
                                           NEDA N. DAL CIELO
3                                          SUZANNE R. NESTOR
                                           LITTLER MENDELSON
4                                          A Professional Corporation
                                           Attorneys for Defendant
5                                          DISH NETWORK CALIFORNIA SERVICE
                                           CORPORATION, A Colorado Corporation, (sued
6                                          erroneously herein as "ECHOSTAR, DBA DISH
                                           NETWORK)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
Fourteenth Floor
San Jose, CA  95113.2303
408.998.4150

Case No. C 07-05609 JW

Firmwide:83994454.1 049145.1005

2.                          **NOTICE OF CHANGE OF ADDRESS**