NEDA N. DAL CIELO, Bar No. 161982
SUZANNE R. NESTOR, Bar No. 217984
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 15th Floor
San Jose, CA 95113.2303
Telephone:   408.998.4150

Attorneys for Defendant
DISH NETWORK CALIFORNIA SERVICE CORPORATION,
A Colorado Corporation, (sued erroneously herein as
"ECHOSTAR, DBA DISH NETWORK)

FRANK E. MAYO, Bar No. 042972
LAW OFFICE OF FRANK E. MAYO
5050 El Camino Real, Suite 228
Los Altos, CA 94022
Telephone:   650.964.8901

Attorney for Plaintiff
JOHN ALLIEU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN ALLIEU,<br><br>         Plaintiff,<br><br>    v.<br><br>ECHOSTAR dba DISH NETWORK A Colorado Corporation, and DOES 1 through 50, inclusive,<br><br>         Defendants. | Case No. C 07-05609 JW<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1)   Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
Fourteenth Floor
San Jose, CA 95113.2303
408.998.4150

Firmwide:84175337.1 049145.1005          1.          ADR CERTIFICATION

1  (2) Discussed the available dispute resolution options provided by the Court and private
2  entities; and
3  (3) Considered whether this case might benefit from any of the available dispute
4  resolution options.

5  Dated: 2/4/08

6  _____
   DISH NETWORK CALIFORNIA SERVICE
7  CORPORATION

8
9  Dated: _____
   NEDA N. DAL CIELO
10 SUZANNE R. NESTOR
   LITTLER MENDELSON
11 Attorneys for Defendant
   DISH NETWORK CALIFORNIA SERVICE
12 CORPORATION, A Colorado Corporation,
   (sued erroneously herein as "ECHOSTAR, DBA
13 DISH NETWORK)

14
15 Dated: _____
16 _____
   JOHN ALLIEU
17
18 Dated: _____
   _____
19 FRANK E. MAYO
   LAW OFFICE OF FRANK E. MAYO
   Attorney for Plaintiff
20 JOHN ALLIEU

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
Fourteenth Floor
San Jose, CA 95113.2303
408.998.4150

Firmwide:84175337.1 049145.1005          2.                    ADR CERTIFICATION

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: _____

Dated: 2/5/08

_____
DISH NETWORK CALIFORNIA SERVICE CORPORATION

_____
NEDA N. DAL CIELO
SUZANNE R. NESTOR
LITTLER MENDELSON
Attorneys for Defendant
DISH NETWORK CALIFORNIA SERVICE CORPORATION, A Colorado Corporation, (sued erroneously herein as "ECHOSTAR, DBA DISH NETWORK)

Dated: _____

_____
JOHN ALLIEU

Dated: _____

_____
FRANK E. MAYO
LAW OFFICE OF FRANK E. MAYO
Attorney for Plaintiff
JOHN ALLIEU

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
Fourteenth Floor
San Jose, CA 95113.2303
408.998.4150

Firmwide:84175337.1 049145.1005

2.

ADR CERTIFICATION

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: _____

DISH NETWORK CALIFORNIA SERVICE CORPORATION

Dated: _____

NEDA N. DAL CIELO
SUZANNE R. NESTOR
LITTLER MENDELSON
Attorneys for Defendant
DISH NETWORK CALIFORNIA SERVICE CORPORATION, A Colorado Corporation, (sued erroneously herein as "ECHOSTAR, DBA DISH NETWORK)

Dated: 1-31-08

JOHN ALLIEU

Dated: 1-31-08

FRANK E. MAYO
LAW OFFICE OF FRANK E. MAYO
Attorney for Plaintiff
JOHN ALLIEU

ADR CERTIFICATION