NEDA N. DAL CIELO, Bar No. 161982
SUZANNE R. NESTOR, Bar No. 217984
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150

Attorneys for Defendant
DISH NETWORK CALIFORNIA SERVICE CORPORATION,
A Colorado Corporation, (sued erroneously herein as
"ECHOSTAR, DBA DISH NETWORK)

FRANK E. MAYO, Bar No. 042972
LAW OFFICE OF FRANK E. MAYO
5050 El Camino Real, Suite 228
Los Altos, CA 94022
Telephone: 650.964.8901

Attorney for Plaintiff
JOHN ALLIEU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN ALLIEU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ECHOSTAR dba DISH NETWORK A Colorado Corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. C 07-05609 JW<br><br>**STIPULATION SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR Process:

**Court Processes:**

☐    Non-binding Arbitration (ADR L.R. 4)

☐    Early Neutral Evaluation (ENE) (ADR L.R. 5)

1  ☐    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5).*

**Private Process:**

☒    Private ADR *(please identify process and provider)* The parties are discussing the selection of a private mediator.

The parties agree to hold the ADR session by:

☐    The presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered)*

☒    other requested deadline: 150 days

Dated: 2/5/08

_____
NEDA N. DAL CIELO
SUZANNE R. NESTOR
LITTLER MENDELSON
Attorneys for Defendant
DISH NETWORK CALIFORNIA SERVICE
CORPORATION, A Colorado Corporation,
(sued erroneously herein as "ECHOSTAR, DBA
DISH NETWORK")

Dated: _____

_____
FRANK E. MAYO
LAW OFFICE OF FRANK E. MAYO
Attorney for Plaintiff
JOHN ALLIEU

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
Fourteenth Floor
San Jose, CA 95113.2303
408.998.4150

Firmwide:84175350.1 049145.1005

2.

STIPULATION SELECTING ADR PROCESS

| | |
|---|---|
| 1 | ☐ Mediation (ADR L.R. 6) |
| 2 | (Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5). |

**Private Process:**

☒ Private ADR (please identify process and provider) <u>The parties are discussing the selection of a private mediator.</u>

The parties agree to hold the ADR session by:

☐ The presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered)

☒ other requested deadline: <u>150 days</u>

Dated: _____

NEDA N. DAL CIELO
SUZANNE R. NESTOR
LITTLER MENDELSON
Attorneys for Defendant
DISH NETWORK CALIFORNIA SERVICE CORPORATION, A Colorado Corporation,
(sued erroneously herein as "ECHOSTAR, DBA DISH NETWORK)

Dated: 1-31-08

FRANK E. MAYO
LAW OFFICE OF FRANK E. MAYO
Attorney for Plaintiff
JOHN ALLIEU