1 | FRANK E. MAYO/State Bar #42972
2 | Law Office of Frank E. Mayo
    5050 El Camino Real, Ste. 228
3 | Los Altos, CA 94022

4 | (650) 964-8901

5 | Attorney for Plaintiff
6 | John Allieu

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOHN ALLIEU,                         )   Case No. C 07 05609 JW
                                     )
    Plaintiff,                       )
                                     )   **PLAINTIFF JOHN ALLIEU'S**
vs.                                  )   **CASE MANAGEMENT**
                                     )   **CONFERENCE STATEMENT**
ECHOSTAR, dba DISH NETWORK A         )   **AND PROPOSED ORDER**
Colorado Corporation, and DOES 1     )
Through 50, inclusive,               )
_____      )

    Plaintiff John Allieu submits the following Case Management Conference Statement. Contrary to Ms. Dal Clielo's representation only yesterday, a holiday, did I receive an email with a proposed joint Case Management Conference Statement and a note saying if I did not respond by 10:00 A.M. on the 19th today the firm would e-file their separate statement. I was in court all morning and found the e-filed statement upon my return. A call to my office would have been much appreciated. There was a prior mention of a need for a CMC Statement, I had suggested the Defendant prepare one and forward it to me for review. I saw no Statement until noon today.

1
_____
PLAINTIFF'S CASE MGNT CONF. STATEMENT AND PROPOSED ORDER (C 07-05609 JW)

## STATEMENT OF THE CASE

Plaintiff was a Field Representative for Defendant and fell from a ladder while in the Company's employment on May 5, 2007. Defendant had a history of terminating employees suffering injuries and fabricating cause for termination. On July 12, 2007 Plaintiff was unable to attend work and was later terminated for alleged falsification of his time card on that day.

## PRINCIPAL FACTUAL ISSUES

A. Whether Plaintiff was terminated for exercising his workers' compensation rights?

B. Whether Plaintiff was discriminated against on the basis of a worker's compensation injury?

C. Whether Plaintiff has suffered any emotional distress?

D. Plaintiff's alleged damages.

## PRINCIPAL LEGAL ISSUES

None.

## OTHER LEGAL OR FACTUAL ISSUES

None.

## CONSENT TO MAGISTRATE JUDGE FOR TRIAL

Plaintiff does not consent to a Magistrate Judge for Trial.

## ALTERNATIVE DISPUTE RESOLUTION

Plaintiff agrees to Mediation.

## DISCLOSURES

No disclosures have been made but they shall be made prior to the Case Management Conference. Plaintiff submits that Defendant and Plaintiff each shall be limited in discovery the Federal Rules.

## TRIAL SCHEDULE

1 | Plaintiff submits trial should be in October of 2008 and pre-trial set accordingly.

2 | Expert disclosure should be 30 days before the pre-trial.

3 | PLAINTIFF'S SIGNATURE AND CERTIFICATION BY TRIAL COUNSEL

4 |

5 | The parties have discussed "Dispute Resolution Procedures in the Northern District".

6 | Dated: February 19, 2008

__/S/_____
Frank E. Mayo, Attorney for Plaintiff
John Allieu

3

PLAINTIFF'S CASE MGNT CONF. STATEMENT AND PROPOSED ORDER (C 07-05609 JW)

1  CASE MANAGEMENT ORDER

2      This Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order.

    In addition the Court Orders:

DATED:                        By: _____
                                                        THE HONORABLE JAMES WARE
                                                        UNITED STATES DISTRICT JUDGE