NEDA N. DAL CIELO, Bar No. 161982
ndalcielo@littler.com
SUZANNE R. NESTOR, Bar No. 217984
snestor@littler.com
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150

Attorneys for Defendant
DISH NETWORK CALIFORNIA SERVICE CORPORATION, A Colorado Corporation, (sued erroneously herein as "ECHOSTAR, DBA DISH NETWORK)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN ALLIEU,<br><br>            Plaintiff,<br><br>v.<br><br>ECHOSTAR dba DISH NETWORK A Colorado Corporation, and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. C 07-05609 JW<br><br>**DECLARATION OF SUZANNE R. NESTOR IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL SERVICE OF INITIAL DISCLOSURES, RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, RESPONSES TO INTERROGATORIES AND FOR SANCTIONS**<br><br>Date:  August 18, 2008<br>Time:  9:00 a.m.<br>Judge:  The Honorable James A. Ware<br>Dept:  Courtroom 8, 4th Floor |

I, SUZANNE R. NESTOR, hereby declare as follows:

1. I am an attorney at law duly admitted to practice before the courts of the State of California, and an associate with the law firm of Littler Mendelson, A Professional Corporation, retained to represent Defendant Dish Network in the above-captioned matter

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could competently testify thereto.

3. On November 5, 2007 the United States District Court for the Northern

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998 4150

DECLARATION OF SUZANNE NESTOR
(NO. C 07-05609 JW)

District of California issued its Order Setting Initial Case Management Conference and ADR Deadlines. Attached as **Exhibit A** is a true and accurate copy of the November 5, 2007 Order.

4.  On January 24, 2008, I telephoned Frank C. Mayo, counsel for Plaintiff to meet and confer regarding the preparation and filing of the Joint Case Management Conference Statement. During that call, we agreed that I would prepare a draft of the Joint Case Management Statement and send it to Mr. Mayo for his review and execution.

5.  I thereafter drafted the Joint Case Management Statement and on February 13, 2008, e-mailed it to Mr. Mayo. Attached as **Exhibit B** is a true and accurate copy of my February 13, 2008 e-mail. In my e-mail, I emphasized the February 19, 2008 deadline and requested a response as soon as possible. I did not, however, receive any response to this e-mail from Mr. Mayo.

6.  On February 18, 2008, I sent Mr. Mayo another e-mail with the Joint Case Management Statement attached. Attached as **Exhibit C** is a true and accurate copy of my February 18, 2008 e-mail. In this e-mail, I again requested that Mr. Mayo either sign and return the statement or provide proposed revisions. Again, Mr. Mayo did not respond to the e-mail.

7.  As Mr. Mayo did not respond to either of my e-mails regarding the Joint Case Management Conference Statement, I instead timely filed it on behalf of Defendant only, on February 19, 2008. Attached as **Exhibit D** is a true and accurate copy of Defendant's Case Management Statement and Proposed Order. Several hours later, Mr. Mayo filed a separate Case Management Statement and Proposed Order on behalf of Plaintiff. Although in the statement Mr. Mayo denies seeing any proposed statement from Defendant until Noon on February 19, 2008, he nevertheless admits to receiving the February 18, 2008 e-mail. Attached as **Exhibit E** is a true and accurate copy of Plaintiff's Case Management Statement and Proposed Order.

8.  On February 19, 2008, Defendant served Plaintiff with its initial disclosures. Attached as **Exhibit F** is a true and accurate copy of Defendant's Initial Disclosures.

9.  Plaintiff was obligated under the rules to serve his initial disclosures on that same date, however, he did not do so. Although Plaintiff stated in his February 19, 2008 Case Management Conference Statement that he would serve Defendant with Initial Disclosures by the

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998 4150

DECLARATION OF SUZANNE NESTOR
(NO. C 07-05609 JW)            2.

1  March 3, 2008 Case Management Conference, that date came and went without service of Plaintiff's
2  initial disclosures.

3        10.    On February 29, 2008, the Court issued a Scheduled Order setting dates for
4  the close of discovery and a pretrial conference, among other things. Attached as **Exhibit G** is a true
5  and accurate copy of the February 29, 2008 Scheduling Order.

6        11.    As we still had not received any initial disclosures from Plaintiff, on March
7  20, 2008, my colleague, Neda N. Dal Cielo, also counsel for Defendant, sent a letter to Mr. Mayo
8  requesting that Plaintiff serve his initial disclosures by Wednesday, March 26, 2008. Attached as
9  **Exhibit H** is a true and accurate copy of Ms. Dal Cielo's March 20, 2008 letter. However, we did
10 not receive Plaintiff's initial disclosures by that date.

11       12.    Thus, on April 7, 2008, I sent a second letter to Mr. Mayo once again
12 requesting that Plaintiff serve his initial disclosures, this time by April 14, 2008. Attached as
13 **Exhibit I** is a true and accurate copy of my April 7, 2008 letter. Mr. Mayo did not respond in any
14 way to this letter, and still did not serve Plaintiff's initial disclosures.

15       13.    In yet another attempt to obtain the initial disclosures, I sent a third letter to
16 Mr. Mayo on April 22, 2008. Attached as **Exhibit J** is a true and accurate copy of my April 22,
17 2008 letter. Echoing my earlier concerns, I set a deadline for Plaintiff to serve his initial disclosures
18 of April 28, 2008 and explained that if I did not receive the initial disclosures by that date, Defendant
19 would have no choice but to file a motion seeking appropriate sanctions.

20       14.    In one final attempt to encourage Plaintiff's and his counsel's cooperation and
21 obtain his initial disclosures without court intervention, I sent a fourth letter to Mr. Mayo on June 25,
22 2008 repeating the prior requests for the initial disclosures. Attached as **Exhibit K** is a true and
23 accurate copy of my June 25, 2008 letter. I informed Mr. Mayo that Defendant would file a motion
24 to compel if Plaintiff did not serve his initial disclosures by Monday, July 7, 2008. Mr. Mayo did
25 not respond to that letter.

26       15.    On May 2, 2008, I served Plaintiff with Defendant's Request for Production
27 of Documents, Set One, and Special Interrogatories, Set One. Attached as **Exhibits L** and **M**,
28 respectively are true and accurate copies of Defendant's Request for Production of Documents, Set

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998 4150

DECLARATION OF SUZANNE NESTOR
(NO. C 07-05609 JW)    3.

1   One, and Special Interrogatories, Set One. As stated explicitly in these discovery requests, and as required by the Federal Rules of Civil Procedure, Plaintiff's responses to that discovery were due on June 4, 2008. However, we did not receive any responses to the discovery, or any request for an extension of time to respond.

16. In my June 25, 2008 letter to Mr. Mayo regarding the initial disclosures, I also attempted to meet and confer with Mr. Mayo regarding Plaintiff's overdue discovery responses by highlighting the consequences for failing to respond to discovery requests and, specifically, Plaintiff's waiver of objections, and requesting service of the responses. *See* **Ex. K**. At the time I drafted the June 25, 2008 letter, I concluded that any further attempts to meet and confer with Mr. Mayo, or to obtain his cooperation without court intervention, would be futile because he had so far in this case been uncooperative and almost entirely non-responsive to any requests or communications regarding Plaintiff's initial disclosures. As such, I informed Mr. Mayo that if Plaintiff did not serve his responses to the discovery, along with his initial disclosures, by July 7, 2008, Defendant would have no choice but to file a motion and seek appropriate sanctions.

17. To date, I have not been able to schedule or take Plaintiff's deposition because I have not received Plaintiff's initial disclosures or discovery responses. Without that information Plaintiff's deposition would not be complete and I will not be able to question Plaintiff about any alleged evidence he purports to possess in support of his claims. Notably, during my January 24, 2008 conversation with Mr. Mayo, he stated that he had "several witnesses" whom he intended to call in support of Plaintiff's claims. As such, it is patent that there is discoverable information Plaintiff is withholding by not providing initial disclosures or discovery responses, and which Defendant is entitled to discover and question Plaintiff about during his deposition.

18. I have made every reasonable effort on Defendant's behalf to avoid having to bring this motion and to confer with Mr. Mayo about Plaintiff's duty to respond. However, Mr. Mayo has yet to respond or engage in any meet and confer.

19. As of the hearing on this motion, Defendant has incurred and will incur reasonable costs and attorneys' fees in connection with Defendant's preparation of the instant motion, replying to any opposition filed by Plaintiff, and for attending the hearing thereon. The total

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998 4150

DECLARATION OF SUZANNE NESTOR
(NO. C 07-05609 JW)                4.

costs and attorneys' fees incurred is, therefore, estimated at four thousand six hundred twenty dollars ($4,620.00), consisting of the following:

| | |
|---|---|
| Preparation of moving papers: | 8.00 hours at $330 per hour ($2,640.00) |
| Preparation of reply papers and attendance at hearing. | 6.00 hours at $330 per hour ($1,980.00) |

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this Declaration was executed on July 14, 2008 at San Jose, California.

SUZANNE R. NESTOR

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998 4150

DECLARATION OF SUZANNE NESTOR
(NO. C 07-05609 JW)     5.