FRANK E. MAYO/State Bar #42972
Law Office of Frank E. Mayo
5050 El Camino Real, Ste. 228
Los Altos, CA 94022

(650) 964-8901

Attorney for Plaintiff
JOHN ALLIEU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLIEU,<br><br>　　　Plaintiff,<br><br>vs.<br><br>ECHOSTAR dba DISH NETWORK A Colorado Corporation,<br><br>　　　Defendants. | Case No. C07 05609 JW<br><br>**OPPOSITION TO DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS**<br><br>Hearing date: 8/18/08<br>Time: 9:00 A.M.<br>Hon. James A. Ware<br>Dept. 8, 4th Fl. |

　　Defendant's Motion to Compel service of Initial Disclosures, Responses to Interrogatories, Production of Documents is moot. Verified Responses have been provided to all discovery propounded and Initial Disclosure.

　　The Defendant should not be awarded any sanctions.

Dated: August 3, 2008　　　　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　　　Frank E. Mayo, Attorney for
　　　　　　　　　　　　　　　　　　　　Plaintiff

1 of 2

_____
OPPOSITION TO DEFENDANT'S MOTION TO COMPEL AND SANCTIONS

**PROOF OF SERVICE BY MAIL AND FAX**

Case Name: *JOHN ALLIEU VS. ECHOSTAR*
Case No. C 07 05609 JW

I, the undersigned, declare as follows:

I am employed in Santa Clara County, the county in which the mailing described below occurs. My business address is 5050 El Camino Real, Ste. 228, Los Altos  I am over the age of eighteen (18) years and am not a party to the cause for which I am serving the document named below.

I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence would be deposited with the United States Postal Service on this day.

On the date described herein below, I served a true and correct copy of the following document:

OPPOSITION TO DEFENDANT'S MOTION TO COMPEL AND SANCTIONS
DECLARATION OF FRANK MAYO IN OPPOSITION TO DEFENDANT'S MOTION

on the parties listed below by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Mountain View, California.

NIDA DAL CIELO
LITTLER MENDELSON
50 W. San Fernando St. 15th Fl.
San Jose, CA 95113

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August 4, 2008, California.

_____/S/_____
Susan Brooks

OPPOSITION TO DEFENDANT'S MOTION TO COMPEL AND SANCTIONS