FRANK E. MAYO/State Bar #42972
Law Office of Frank E. Mayo
5050 El Camino Real, Ste. 228
Los Altos, CA 94022

(650) 964-8901

Attorney for Plaintiff
JOHN ALLIEU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLIEU, | Case No. C07 05609 JW |
| Plaintiff, | **DECLARATION OF FRANK MAYO IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS** |
| vs. | |
| ECHOSTAR dba DISH NETWORK A Colorado Corporation, | Hearing August 18, 2008 |
| Defendants. | Time: 9:00 A.M. Hon. James. A. Ware Dept. 8 4th Fl |

I, Frank E. Mayo, declare under penalty of perjury that if called as a witness I could competently testify to the following facts:

I have provided full and complete responses to Defendant's Interrogatories, and Request for Production of Documents with Verifications and service to Defendant of Initial Disclosures. A true and correct copy of each are attached.

I declare under penalty of perjury the foregoing is true and correct dated this 4th day of August 2008 at Los Altos, California.

_____
Frank E. Mayo, Attorney for Plaintiff

1

DECLARATION OF FRANK MAYO IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL AND SANCTIONS