1  FRANK E. MAYO/State Bar #42972
   Law Office of Frank E. Mayo
2  5050 El Camino Real, Ste. 228
   Los Altos, CA 94022
3

4  (650) 964-8901

5  Attorney for Plaintiff
   JOHN ALLIEU
6

7

8

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13  JOHN ALLIEU,                    )    Case No. C07 05609 JW
                                    )
14        Plaintiff,                )    **RESPONSE TO**
                                    )    **SPECIAL INTERROGATORIES**
15  vs.                             )
                                    )    SET ONE
16  ECHOSTAR dba DISH NETWORK A     )
17  Colorado Corporation,           )
                                    )
18        Defendants.               )
    _____     )

19

20  PROPOUNDING PARTY:   DEFENDANT DISH NETWORK  CALIFORNIA
                         SERVICE CORPORATION

21  RESPONDING PARTY:    PLAINTIFF JOHN ALLIEU

22        Plaintiff JOHN ALLIEU responds as follows to Defendant DISH NETWORKS' first set

23  of SPECIAL INTERROGATORIES

24        Plaintiff's discovery and investigation into his claims is continuing. Plaintiff has

25  completed no formal discovery in this matter to date. Plaintiff therefore provides these responses

26  to this Request based on the information he presently knows. Should Plaintiff discover additional

27  facts he will supplement his responses to these document requests in compliance with Federal

28

                                    1
    _____

Rules of Civil Procedure.

Plaintiff objects to each and every Request to the extent it calls for production or disclosure of information protected by the attorney/client privilege and/or attorney work product privilege.

RESPONSE TO SPECIAL INTERROGATORY NO. 1:

Ted Robinson MD  2512 Samaritan Ct. #S, San Jose, CA 95124-4002

George Frank, MD US Health Work 1195 E. Argus, Sunnyvale, CA 94085 408 773-9000

Edward Damore MD 2430 Samaritan Dr. San Jose, CA 408 371 2030

RESPONSE TO SPECIAL INTERROGATORY NO. 2:

Back, knee and elbow

RESPONSE TO SPECIAL INTERROGATORY NO. 3:

Knee.

RESPONSE TO SPECIAL INTERROGATORY NO. 4:

My Termination.

RESPONSE TO SPECIAL INTERROGATORY NO. 5:

On May 3, 2007 at 10:45 A.M. I was fired by Mr. Sung.

RESPONSE TO SPECIAL INTERROGATORY NO. 6:

I asserted my right to Workers Compensation Benefits.

RESPONSE TO SPECIAL INTERROGATORY NO. 7:

No.

RESPONSE TO SPECIAL INTERROGATORY NO. 8:

Inapplicable.

RESPONSE TO SPECIAL INTERROGATORY NO.9:

None.

RESPONSE TO SPECIAL INTERROGATORY NO. 10:

Inapplicable.

RESPONSE TO SPECIAL INTERROGATORY NO. 11:

My termination.

RESPONSE TO SPECIAL INTERROGATORY NO. 12:

My termination

RESPONSE TO SPECIAL INTERROGATORY NO. 13:

John Gibson, John Allieu and Mr. Sung

RESPONSE TO SPECIAL INTERROGATORY NO. 14:

Unknown.


Dated:  July 16, 2008        _____/S/_____
                              Frank E. Mayo, Attorney for Plaintiff

RESPONSE TO SPECIAL INTERROGATORIES