1  FRANK E. MAYO/State Bar #42972
2  Law Office of Frank E. Mayo
   5050 El Camino Real, Ste. 228
3  Los Altos, CA 94022

4  (650) 964-8901

5  Attorney for Plaintiff
6  JOHN ALLIEU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLIEU, | Case No. C07 05609 JW |
| Plaintiff, | **RESPONSE TO** |
| | **REQUEST FOR PRODUCTION** |
| vs. | **OF DOCUMENTS** |
| ECHOSTAR dba DISH NETWORK A | |
| Colorado Corporation, | |
| Defendants. | |

PROPOUNDING PARTY:   DEFENDANT DISH NETWORK CALIFORNIA
                     SERVICE CORPORATION

RESPONDING PARTY:    PLAINTIFF JOHN ALLIEU

Plaintiff JOHN ALLIEU responds as follows to Defendant DISH NETWORKS' first set of REQUEST FOR PRODUCTION

Plaintiff's discovery and investigation into his claims is continuing. Plaintiff has completed no formal discovery in this matter to date. Plaintiff therefore provides these responses to this Request based on the information he presently knows. Should Plaintiff discover additional facts he will supplement his responses to these document requests in compliance with Federal

1
_____
RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS

Rules of Civil Procedure.

Plaintiff objects to each and every Request to the extent it calls for production or disclosure of information protected by the attorney/client privilege and/or attorney work product privilege.

RESPONSE TO PRODUCTION REQUEST NO. 1:

Plaintiff has no documents responsive to this request which are in his possession, dominion or control.

RESPONSE TO PRODUCTION REQUEST NO. 2:

Plaintiff will produce all documents responsive to this request which are in his possession, dominion or control.

RESPONSE TO PRODUCTION REQUEST NO. 3:

Plaintiff will produce all documents responsive to this request which are in his possession, dominion or control.

RESPONSE TO PRODUCTION REQUEST NO. 4:

Plaintiff will produce all documents responsive to this request which are in his possession, dominion or control.

RESPONSE TO PRODUCTION REQUEST NO. 5:

Plaintiff has no documents responsive to this request which are in his possession, dominion or control.

RESPONSE TO PRODUCTION REQUEST NO. 6:

Plaintiff has no documents responsive to this request which are in his possession, dominion or control.

RESPONSE TO PRODUCTION REQUEST NO. 7:

Plaintiff has no documents responsive to this request which are in his possession, dominion or

RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS

control.

RESPONSE TO PRODUCTION REQUEST NO. 8:

Plaintiff will produce all documents responsive to this request which are in his possession, dominion or control.

RESPONSE TO PRODUCTION REQUEST NO.9:

Plaintiff will produce all documents responsive to this request which are in his possession, dominion or control.

RESPONSE TO PRODUCTION REQUEST NO. 10:

Plaintiff has no documents responsive to this request which are in his possession, dominion or control.

RESPONSE TO PRODUCTION REQUEST NO. 11:

Plaintiff will produce all documents responsive to this request which are in his possession, dominion or control.

RESPONSE TO PRODUCTION REQUEST NO. 12:

Plaintiff will produce all documents responsive to this request which are in his possession, dominion or control.

RESPONSE TO PRODUCTION REQUEST NO. 13:

Plaintiff will produce all documents responsive to this request which are in his possession, dominion or control.

RESPONSE TO PRODUCTION REQUEST NO. 14:

Plaintiff will produce all documents responsive to this request which are in his possession, dominion or control.

RESPONSE TO PRODUCTION REQUEST NO. 15:

Plaintiff will produce all documents responsive to this request which are in his possession,

RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS

dominion or control.

RESPONSE TO PRODUCTION REQUEST NO. 16:

Plaintiff has no documents responsive to this request which are in his possession, dominion or control.

RESPONSE TO PRODUCTION REQUEST NO. 17:

Plaintiff has no documents responsive to this request which are in his possession, dominion or control.

RESPONSE TO PRODUCTION REQUEST NO. 18:

Plaintiff has no documents responsive to this request which are in his possession, dominion or control.

RESPONSE TO PRODUCTION REQUEST NO. 19:

Plaintiff has no documents responsive to this request which are in his possession, dominion or control.

RESPONSE TO PRODUCTION REQUEST NO. 20:

Plaintiff will produce all documents responsive to this request which are in his possession, dominion or control.

RESPONSE TO PRODUCTION REQUEST NO. 21:

Plaintiff has no documents responsive to this request which are in his possession, dominion or control.

RESPONSE TO PRODUCTION REQUEST NO. 22:

Plaintiff has no documents responsive to this request which are in his possession, dominion or control.

RESPONSE TO PRODUCTION REQUEST NO. 23:

Plaintiff has no documents responsive to this request which are in his possession, dominion or

4

RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS

1  control.

2  RESPONSE TO PRODUCTION REQUEST NO. 24:

3  Plaintiff will produce all documents responsive to this request which are in his possession, dominion or control.

RESPONSE TO PRODUCTION REQUEST NO. 25 :

Plaintiff has no documents responsive to this request which are in his possession, dominion or control.

RESPONSE TO PRODUCTION REQUEST NO. 26:

Plaintiff has no documents responsive to this request which are in his possession, dominion or control.

Dated: July 16, 2008          _____/S/_____
                              Frank E. Mayo, Attorney for Plaintiff

---

5

RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS