Case No. C07 05609 JW

## VERIFICATION

I, JOHN ALLIEU, declare that:

I have read the Plaintiff's Initial Disclosure of Documents Response to Interrogatories and Production of Documents and know the contents thereof and I certify that the same is true of my own knowledge.

I declare under penalty of perjury of the law of the State of California the foregoing contents in my response is true and correct. Dated this 17th day of July 2008 at Los Altos, California.

_____/S/_____
John Allieu

1
VERIFICATION