* E-filed 8/8/08 *

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOHN ALLIEU,

        Plaintiff,

        v.

ECHOSTAR dba DISH NETWORK, A
Colorado Corporation,

        Defendant.

Case No. CV 07-05609-JW (HRL)

**CLERK'S NOTICE CONTINUING
HEARING ON DEFENDANT'S MOTION
TO COMPEL, AND FOR SANCTIONS**

**Re Docket Number 18**

      PLEASE TAKE NOTICE THAT on the court's own motion, the hearing on Plaintiff's

Motion to Remand - originally noticed for August 18, 2008 at 10:00 a.m. - is continued to

**September 23, 2008 at 10:00 a.m. in Courtroom 2, 5th floor of the United States District
Court, San Jose**.

Dated:    8/8/08                             /s/  mpk
                                     Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

fmayolaw@aol.com

snestor@littler.com

* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 8/8/08

                                          /s/ mpk
                              Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28