1  NEDA N. DAL CIELO, Bar No. 161982
   ndalcielo@littler.com
2  SUZANNE R. NESTOR, Bar No. 217984
   snestor@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  50 West San Fernando Street, 15th Floor
   San Jose, CA 95113.2303
5  Telephone:   408.998.4150
   Facsimile:   408.288-5686
6
   Attorneys for Defendant
7  DISH NETWORK CALIFORNIA SERVICE
   CORPORATION, A Colorado Corporation, (sued
8  erroneously herein as "ECHOSTAR, DBA DISH
   NETWORK)
9

10               UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13 | JOHN ALLIEU,                              | Case No. C 07-05609 JW
14 |         Plaintiff,                        | **DEFENDANT'S PRELIMINARY PRETRIAL CONFERENCE STATEMENT**
15 |    v.                                     |
   |                                            | Date:  September 8, 2008
16 | ECHOSTAR dba DISH NETWORK A               | Time:  9:00 a.m.
   | Colorado Corporation, and DOES 1           | Judge: The Honorable James A. Ware
17 | through 50, inclusive,                     | Dept:  Courtroom 8, 4th Floor
18 |         Defendants.                        |
19

20

21         Pursuant to the Scheduling Order issued in this matter on February 27, 2008,

22 Defendant DISH NETWORK CALIFORNIA SERVICE CORPORATION, A Colorado

23 Corporation, (sued erroneously herein as "ECHOSTAR, DBA DISH NETWORK) hereby submits

24 this Preliminary Pretrial Conference Statement.

25         As reflected in Defendant's prior Case Management Conference Statement and

26 Motion to Compel Plaintiff to produce responses to discovery and production of initial disclosures

27 and for sanctions (scheduled to be heard on September 23, 2008), Plaintiff's unreasonable delay

28 tactics and refusal to participate in discovery in this litigation (which he filed), have effectively

prohibited Defendant from conducting or completing discovery in a timely manner.

Notwithstanding numerous attempts to obtain Plaintiff's initial disclosures, Defendant was forced to file a motion to compel seeking production and sanctions before Plaintiff finally complied and produced a set of initial disclosures. Plaintiff similarly failed to serve responses to properly and timely served discovery and, again, only after Defendant filed a motion to compel responses and for sanctions did Plaintiff finally serve responses. Defendant anticipates the need to meet and confer with Plaintiff regarding his discovery responses. Despite this unnecessary delay in discovery, Defendant has noticed Plaintiff's deposition to occur on September 15, 2008. However, Defendant will not know until the completion of Plaintiff's deposition whether any further discovery is necessary before Defendant can be ready for trial.

In addition, Defendant anticipates that this case will be subject to a motion for summary judgment and thus anticipates filing such a motion following the completion of Plaintiff's deposition. For these reasons, Defendant is not yet ready for trial and cannot at this time provide an appropriate summary of time needed for trial or specific dates of readiness for a trial date. Defendant therefore requests a further conference in October 2008, at which time the parties and the Court will be in a better position to evaluate the parties' readiness for trial.

Respectfully Submitted,

Dated: August 29, 2008

_____
NEDA N. DAL CIELO
SUZANNE R. NESTOR
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
DISH NETWORK CALIFORNIA SERVICE CORP.

Firmwide:86442663.1 049145.1005

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

Def's Preliminary Pretrial Conference Statement    2.    Case No. C 07-05609 JW