1  FRANK E. MAYO/State Bar #42972
   Law Office of Frank E. Mayo
2  5050 El Camino Real, Ste. 228
3  Los Altos, CA 94022

4  (650) 964-8901

5  Attorney for Plaintiff
   JOHN ALLIEU
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLIEU, ) | Case No. C07 05609 JW |
| ) | |
| Plaintiff, ) | **PLAINTIFF'S PRELIMINARY** |
| ) | **PRETRIAL CONFERENCE** |
| vs. ) | **STATEMENT** |
| ) | |
| ECHOSTAR dba DISH NETWORK A ) | September 8, 2008 |
| Colorado Corporation, ) | Time: 9:00 a.m. |
| ) | Judge: Hon. James A. Ware |
| Defendants. ) | |

Plaintiff submits the following Preliminary Pretrial Conference Statement.

Plaintiff is not prepared to proceed to trial for the following reasons:

A conflict has arisen between Plaintiff's counsel and his client necessitating a Motion to Withdraw be filed by Plaintiff's counsel and said motion shall be filed on or before September 5, 2008.

Plaintiff's counsel therefore suggests all motions now pending to be continued to October and the Preliminary Pretrial Conference be continued for a period of sixty days.

Dated: August 29, 2008          _____
                                Frank E. Mayo, Attorney for Plaintiff

1
_____
PLAINTIFF'S PRELIMINARY PRETRIAL CONFERENCE STATEMENT