1  FRANK E. MAYO/State Bar #42972
   Law Office of Frank E. Mayo
2  5050 El Camino Real, Ste. 228
3  Los Altos, CA 94022

4  (650) 964-8901

5  Attorney for Plaintiff
   JOHN ALLIEU
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLIEU, ) | Case No. C07 05609 JW |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF MOTION TO** |
| vs. ) | **WITHDRAW AS COUNSEL** |
| ) | **FOR PLAINTIFF** |
| ECHOSTAR dba DISH NETWORK A ) | |
| Colorado Corporation, ) | Hearing date: |
| ) | Time: 9:00 A.M. |
| Defendants. ) | Hon. James A. Ware |
| ) | Dept. 8, 4th Fl. |

TO PLAINTIFF JOHN ALLIEU, ECHOSTAR dba DISHNETWORK INC. AND ALL PARTIES OF RECORD:

NOTICE is hereby give that on _____, 2008 at 9:00 A.M. or as soon thereafter as the matter can be heard in the courtroom of the Honorable James A. Ware located at 280 S. First St., San Jose, California, Frank E. Mayo, counsel for Plaintiff will and does hereby move the court for an order permitting his withdrawal as attorney of record for Plaintiff in this action.

Said Motion is made on the ground that the client has in this case made it unreasonably

1 of 2
_____
NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

1  difficult for Plaintiff's attorney to carry out his employment effectively. This Motion will be
2  based on this Notice, the Declaration of Frank E. Mayo and the Points and Authorities served
3  and filed herewith as well as such other oral and documentary evidence as may be presented at
4  the hearing in this matter.
5  
6  Dated: August 30, 2008                    _____
                                              Frank E. Mayo, Attorney for Plaintiff
7                                             John Allieu

NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF