FRANK E. MAYO/State Bar #42972
Law Office of Frank E. Mayo
5050 El Camino Real, Ste. 228
Los Altos, CA 94022

(650) 964-8901

Attorney for Plaintiff
JOHN ALLIEU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLIEU, | Case No. C07 05609 JW |
| Plaintiff, | |
| vs. | **POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW** |
| ECHOSTAR dba DISH NETWORK A Colorado Corporation, | Hearing date:<br>Time: 9:00 A.M.<br>Hon. James A. Ware<br>Dept. 8, 4th Fl. |
| Defendants. | |

Even with a client's consent an attorney may not withdraw as counsel except with leave of the Court. Local Rule 11-5a.

These moving papers must disclose adequate grounds for excusing counsel from further representation in this case. It is generally accepted that this court looks to applicable State Rules for Professional conduct in determining whether counsel should be relieved.

The California Rules of Profession allows attorneys to withdraw, when conduct by the client renders it unreasonably difficult for the attorney to carry out employment effectively CRPC 3-700(C)

1 of 2

POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW

1  A motion to be relieved under California law is proper when there is a personality clash
2  with a client. *Estate of Falco v. Decker* (1987) 188 CA3d 1004, 1014.
3  Without breach of the attorney/client privilege, it appears there is simply an
4  irreconcilable difference between Plaintiff and his counsel over how this litigation should be
5  
6  approached.
7  Respectfully Submitted.
8  
9  Dated:  August 30, 2008                                   _____/S/_____
                                                             Frank E. Mayo, Attorney for
10                                                            Plaintiff
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE BY MAIL AND FAX**

Case Name: *JOHN ALLIEU VS. ECHOSTAR*
Case No. C 07 05609 JW

I, the undersigned, declare as follows:

I am employed in Santa Clara County, the county in which the mailing described below occurs.  My business address is 5050 El Camino Real, Ste. 228, Los Altos  I am over the age of eighteen (18) years and am not a party to the cause for which I am serving the document named below.

I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.  In the ordinary course of business, correspondence would be deposited with the United States Postal Service on this day.

On the date described herein below, I served a true and correct copy of the following document:

NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF;
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW;
DECLARATION OF FRANK E. MATO IN SUPPORT OF MOTIN TO WITHDRAW

on the parties listed below by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Altos, California.

JOHN ALLIEU
1183 W. Hamilton Ave., Apt #3
Campbell, CA 95008

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August 30, 2008, California.

_____/S/_____
Susan Brooks