FRANK E. MAYO/State Bar #42972
Law Office of Frank E. Mayo
5050 El Camino Real, Ste. 228
Los Altos, CA 94022

(650) 964-8901

Attorney for Plaintiff
JOHN ALLIEU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLIEU,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ECHOSTAR dba DISH NETWORK A Colorado Corporation,<br><br>　　　　Defendants. | Case No. C07 05609 JW<br><br>**DECLARATION OF FRANK E. MAYO IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**<br>Hearing date:<br>Time: 9:00 A.M.<br>Hon. James A. Ware<br>Dept. 8, 4th Fl. |

　　　　I, Frank E. Mayo, first being duly sworn declare that if called as a witness I could competently testify to the following facts:

　　　　1.　　I am attorney of record for Plaintiff in this action and have since approximately September 1, 2007 acted as his counsel in advising and assisting him in the preparation and prosecution of this claim. During the pendency of this proceeding I have participated in discovery which included the Plaintiff's response to production of documents, and interrogatories propounded by Defendant.

　　　　2.　　Plaintiff and Defendant have also made all required disclosures.

1 of 2
_____
DECLARATION OF FRANK E. MAYO IN SUPPORT OF MOTION TO WITHDRAW

3. Mr. Allieu has made it unreasonably difficult for me to continue to represent him. effectively for the following reasons:

   a. It is my perception that Plaintiff is either unwilling or unable to listen to my analysis and evaluation of his legal position in this matter which frustrates my ability to communicate with him.

   b. I have had numerous meetings with Plaintiff since I began representation of his interest in this matter and have perceived that the attorney client relationship has deteriorated to the point at which communication is virtually without merit.

4. Without breach of the attorney/client privilege, I can state Plaintiff refuses to accept my advice and recommendations.

5. Plaintiff desires to obtain new counsel

6. Allowing me to withdraw as attorney for Plaintiff in this action will serve the interest of justice and will not result in delay of this litigation, since this matter is not now set for trial.

7. Further I understand that defense counsel does not oppose my withdrawal as attorney for Plaintiff.

8. The Plaintiff's last known address and telephone number are as follows:

John Allieu
1183 W. Hamilton Ave., Apt #3
Campbell, CA 95008

I declare under penalty of perjury the foregoing is true and correct.

Dated this 30th day of August 2008 at Los Altos, California

_____S_____
Frank E. Mayo, Attorney for Plaintiff
John Allieu

DECLARATION OF FRANK E. MAYO IN SUPPORT OF MOTION TO WITHDRAW