UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLIEU,<br><br>    Plaintiff,<br><br>vs.<br><br>ECHOSTAR dba DISH NETWORK A Colorado Corporation,<br><br>    Defendants. | Case No. C07 05609 JW<br><br>**ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE**<br><br><br>September 8, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. James A. Ware |

    This case is presently scheduled for a Preliminary Pretrial Conference on September 8, 2008. In preparation for the conference, the parties have each filed their separate Preliminary Pretrial Conference Statement. In their Statements, the parties request that the Court continue the Conference because of Plaintiff's counsel impending motion to withdraw as counsel of record. Upon review of the parties' requests, the Court finds good cause to continue the Preliminary Pretrial Conference to **November 3, 2008 at 11 a.m**. On or before **October 24, 2008**, the parties shall file a Joint Preliminary Pretrial Conference Statement updating the Court on the parties' readiness for trial.

Dated: September 4, 2008

                                            JAMES WARE<br>
                                            United States District Judge

*IT IS SO ORDERED*
*Judge James Ware*