```
FRANK E. MAYO/State Bar #42972
Law Office of Frank E. Mayo
480 San Antonio Rd., Suite 230
Mountain View, CA 94040
(650) 964-8901

Attorney for Plaintiff
John Allieu
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN ALLIEU, <br><br> Plaintiff, <br><br> vs. <br><br> ECHOSTAR, dba DISH NETWORK A Colorado Corporation, and DOES 1 Through 50, inclusive, | Case No. C07 05609 HRL <br><br> **SUBSTITUTION OF ATTORNEY** |

THE COURT AND ALL PARTIES ARE NOTIFIED that John Allieu hereby substitutes himself in propria persona in place and instead of his current attorney Frank E. Mayo.

I agree to said substitution

Dated: September 11, 2008

_____
JOHN ALLIEU, Plaintiff

1

SUBSTITUTION OF ATTORNEY

I agree to said substitution

_____
FRANK E. MAYO, Former Attorney

2

SUBSTITUTION OF ATTORNEY

## PROOF OF SERVICE BY MAIL AND FAX

Case Name: *JOHN ALLIEU VS. ECHOSTAR*
Case No. C 07 05609 JW

I, the undersigned, declare as follows:

I am employed in Santa Clara County, the county in which the mailing described below occurs. My business address is 5050 El Camino Real, Ste. 228, Los Altos  I am over the age of eighteen (18) years and am not a party to the cause for which I am serving the document named below.

I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence would be deposited with the United States Postal Service on this day.

On the date described herein below, I served a true and correct copy of the following document:

Substitution of Attorney

on the parties listed below by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Mountain View, California.

NIDA DAL CIELO
LITTLER MENDELSON
50 W. San Fernando St. 15th Fl.
San Jose, CA 95113

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 11, 2008, California.

_____
Susan Brooks