1  NEDA N. DAL CIELO, Bar No. 161982
   SUZANNE R. NESTOR, Bar No. 217984
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street, 15th Floor
   San Jose, CA 95113.2303
4  Telephone:   408.998.4150

5  Attorneys for Defendant
   DISH NETWORK CALIFORNIA SERVICE CORPORATION,
6  A Colorado Corporation, (sued erroneously herein as
   "ECHOSTAR, DBA DISH NETWORK)
7
   FRANK E. MAYO, Bar No. 42972
8  e-mail: fmayolaw@aol.com
   Law Office of Frank E. Mayo
9  480 San Antonio Rd., Suite 230
   Mountain View, CA 94040
10 Telephone: (650) 964-8901

11 Attorney for Plaintiff
   JOHN ALLIEU
12

*IT IS SO ORDERED*
*[signature] Judge James Ware*
9/22/2008

13              UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA
15                    SAN JOSE DIVISION

16 JOHN ALLIEU,                          ) Case No. C 07-05609 JW
17              Plaintiff,                ) STIPULATED DISMISSAL OF ACTION
                                          ) WITH PREJUDICE AND [PROPOSED]
18       v.                               ) ORDER DISMISSING ENTIRE ACTION
                                          ) WITH PREJUDICE
19 ECHOSTAR dba DISH NETWORK A            )
   Colorado Corporation, and DOES 1      )
20 through 50, inclusive,                 )
                                          )
21              Defendants.               )
22

23       WHEREAS the parties to this action have fully and finally resolved all issues set forth in this
24 case. IT IS HEREBY STIPULATED by and between the parties to this action that the above-
25 captioned action be and hereby is dismissed in its entirety with prejudice as to all Defendants
26 pursuant to Fed. R. C. P. 41(a)(1).
27       IT IS FURTHER STIPULATED by and between the parties that each party shall bear their
28 own attorneys' fees and costs of suit, and that Defendant shall withdraw its motion for sanctions,

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
San Jose, CA 95113.2303
CASE NO. C 07-05609 JW
Firmwide:86668446.1 049145.1005

STIPULATED DISMISSAL OF ACTION AND
[PROPOSED] ORDER

currently scheduled to be heard on September 23, 2008.

Dated: September 19, 2008

_____
NEDA N. DAL CIELO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
ECHOSTAR

Dated: September 18, 2008

_____
FRANK E. MAYO
Attorney for Plaintiff

Dated: September 18, 2008

_____
JOHN ALLIEU, Plaintiff

**IT IS SO ORDERED:**

The Court GRANTS the Stipulation of Dismissal WITH PREJUDICE. The Motion to Withdraw Attorney (Docket Item No. 30) and Motion for Subsitutiton of Attorney (Docket Item No. 34) are found as moot.

The Court terminates all other pending deadlines, hearings and motions are also terminated. The Clerk shall close this file.

Dated: September 22, 2008

_____
United States District Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN ALLIEU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ECHOSTAR dba DISH NETWORK A Colorado Corporation, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. C 07-05609 JW<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

### ORDER

In consideration of the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED as follows: THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED <u>WITH PREJUDICE</u> IN ITS ENTIRETY AND THE HEARING ON DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS IS VACATED.

Dated: _____

_____
The Honorable James Ware
United States District Court Judge

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
Fifteenth Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. C 07-05609 JW
Firmwide:86668446.1 049145.1005

STIPULATED DISMISSAL OF ACTION AND [PROPOSED] ORDER